# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGEAL ANTHONY STONUM,<br><br>            Petitioner,<br><br>      v.<br><br>T. FELKER, Warden,<br><br>            Respondent. | NO. EDCV 06-00230 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 10/27/2008

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE